UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

RAMONA KENNEDY and                      :
RODNEY KENNEDY,                         :
                    Plaintiffs,         :
                                        :
            v.                          :        No. 5:20-cv-00185
                                        :
ETHICON, INC. and JOHNSON &             :
JOHNSON,                                :
                    Defendants.         :

_____

# **O R D E R**

**AND NOW**, this 20th day of July, 2020, for the reasons set forth in the Opinion issued

this date, **IT IS HEREBY ORDERED THAT:**

    1.    Defendants' motion for summary judgment, ECF No. 71, is **GRANTED.**

    2.    The parties' motions *in limine* filed at ECF Nos. 89-98, 100-113, are

        **DISMISSED, as moot**.

    2.    This case is **CLOSED.**


        BY THE COURT:


        */s/ Joseph F. Leeson, Jr.*_____
        JOSEPH F. LEESON, JR.
        United States District Judge